**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JENN-CHING LUO,

               Plaintiff,

    - against -

BALDWIN UNION FREE SCHOOL DISTRICT
and MICHELLE GALLO,

               Defendants.
-------------------------------------------------------X

**JUDGMENT**
CV 12-3073 (JS)(AKT)

A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on January 12, 2016, denying Plaintiff's motion for reconsideration, granting Defendants' motion for summary judgment, denying *in forma pauperis* status for the purpose of any appeal, and directing the Clerk of Court to mark this matter closed it is

    **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Plaintiff's motion for reconsideration is denied; that Defendants' motion for summary judgment is granted; that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is hereby closed.

Dated:  Central Islip, New York
       January 20, 2016

                         DOUGLAS C. PALMER
                         CLERK OF THE COURT

           BY:    /s/ JAMES J. TORITTO
                    DEPUTY CLERK