UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

JENN-CHING LUO

               Plaintiffs,

  -against-

BALDWIN UNION FREE SCHOOL DISTRICT
MICHELLE GALLO
SHERRISSE MARTIN
SUSAN M. GIBSON
JOHN M. SUOZZI

               Defendants.

--------------------------------------------------------------------x

NOTICE OF APPEAL
12-CV-3073-(JS)(AKT)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★    FEB 1 0 2016    ★

LONG ISLAND OFFICE

Notice is hereby given that JENN-CHING LUO, pro se plaintiff, hereby appeals to the United States Court of Appeals for the Second Circuit from the following orders and judgment:

(Docket #106) JUDGMENT - ORDERED AND ADJUDGED that Plaintiff take nothing of Defendants; that Plaintiff's motion for reconsideration is denied; that Defendants' motion for summary judgment is granted; that in forma pauperis status is denied for the purpose of any appeal; and that this case is hereby closed. Signed by Douglas C. Palmer, Clerk of Court on 1/20/2016. C/M; C/ECF (Valle, Christine) (Entered: 01/20/2016)

(Docket #105) MEMORANDUM ORDER denying 100 Motion for Reconsideration; granting 102 Motion for Summary Judgment; Plaintiff's motion for reconsideration (Docket Entry 100) is DENIED, and Defendants' motion for summary judgment (Docket Entry 102) is GRANTED. The Court warns Plaintiff that if he continues to file frivolous motions for reconsideration, the Court will impose sanctions or require Plaintiff to seek leave of the Court before submitting such filings. The Court certifies that under 29 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith, and thus in forma pauperis status is denied for purpose of an appeal. The Clerk of the Court is directed to mark this matter CLOSED and mail a copy of this Order to the pro se Plaintiff. So Ordered by Judge Joanna Seybert on 1/12/2016. C/M; C/ECF (Valle, Christine) (Entered: 01/12/2016)

(Docket #91) MEMORANDUM OF DECISION AND ORDER - For the foregoing reasons, Judge Tomlinsons May 20, 2013 Order is AFFIRMED, and Plaintiffs motion to strike is DENIED. the Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962). The Clerk of the Court is directed to mail a copy of this Memorandum and

1 / 2

**RECEIVED**

FEB · 1 2016

**EDNY PRO SE OFFICE**

Order to the pro se Plaintiff. So Ordered by Judge Joanna Seybert on 8/12/2014. C/M to pro se Plaintiff via FCM. (Coleman, Laurie) (Entered: 08/12/2014)


Date: Feb. 09, 2016

JENN-CHING LUO
PO Box 261
Birchrunville, PA 19421
(516)3430088

cc: <u>By USPS Mail 2/9/2016</u>
   Kelly E Wright